COM.

v.

**KIRSCH, J.**

**1526 WDA 2016**

Superior Court of Pennsylvania.

07/10/2017

CP–25–CR–0000693–2016, (Erie)

Affirmed

COM.

v.

**ELLIS, R.**

**1642 WDA 2016**

Superior Court of Pennsylvania.

07/10/2017

CP–25–CR–0002327–2013 (Erie)

Quashed

COM.

v.

**FOSTER, K.**

**1900 WDA 2016**

Superior Court of Pennsylvania.

07/10/2017

CP–25–CR–0001224–2013 (Erie)

Affirmed

**BURKETT, R.**

v.

**ST. FRANCIS COUNTRY HOUSE**

**2633 EDA 2013**

Superior Court of Pennsylvania.

07/11/2017

October Term, 2012, No. 002585 (Philadelphia)

Affirmed/Reversed/Remanded

COM.

v.

**SANDS, D.**

**1902 EDA 2015**

Superior Court of Pennsylvania.

07/11/2017

Reargument Denied 8/3/2017

CP–51–CR–0010798–2014

(Philadelphia)

Reversed and Appellant Discharged